# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Alexandria__ Division

In re   Canaan Homes LLC

Case No. 1:24-bk-10322

Debtor(s)

Chapter 7

**TO:** Perchuhy and Aaron Cummings c/o Matthew A. Crist Esq

10432 Balls Ford Road Suite 300 Manassas, VA 20109

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

- **X** adding you as a creditor,
- ___ deleting you as a creditor,
- ___ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

Canaan Homes LLC

Date: 3/27/2024

By /s/ Jeffery T. Martin Jr
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 71860
Address: 8065 Leesburg Pike Suite 750
Vienna, VA 22182

Telephone No.: 703-834-5550

## CERTIFICATION

I certify that on 3/27/2024, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Jeffery T. Martin Jr
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoadd ver. R. 05/07]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ ☑ Division

In re   Canaan Homes LLC

Debtor(s)

Case No.   1:24-bk-10322

Chapter   7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___ Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
   *Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable:* An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.*]*
___ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___ Schedule A/B - Property
___ Schedule C - The Property You Claim as Exempt
___ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
__X__ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
   *( $34.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* Check applicable statement(s):
   __X__ Creditor(s) added   ___ Creditor(s) deleted
   ___ Change in amounts owed or classification of debt
   ___ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**)
   ___ Post-petition creditors added (Schedule of Unpaid Debts)
   **REMINDER:** **Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
___ Schedule G - Executory Contracts and Unexpired Leases
___ Schedule H – Your Codebtors
___ Schedule I – Your Income
___ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
\*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]

___ Statement of Financial Affairs

___ Statement of Intention for Individuals Filing Under Chapter 7

___ Chapter 11 List of Equity Security Holders

___ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___ Attorney's Disclosure of Compensation

___ Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: Perchuhy and Aaron Cummings c/o Matthew A. Crist Esq

Date: 3/27/2024

/s/ Jeffery T. Martin Jr
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:   71860
Mailing Address:   8065 Leesburg Pike Suite 750
Vienna, VA 22182

Telephone No.:   703-834-5550

[amendcs ver. 12/23]

**Fill in this information to identify the case:**

Debtor name: Canaan Homes LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

Case number (if known): 1:24-bk-10322

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☒ Amended Schedule    Schedule F
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 27, 2024    X _____
Signature of individual signing on behalf of debtor

Wei Lu
Printed name

Managing Member
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Canaan Homes LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

Case number (if known): 1:24-bk-10322

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                                Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>Greg Eames and Dina Jerebitsky<br>12348 Folkstone Dr.<br>Herndon, VA 20171 | As of the petition filing date, the claim is: Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $182,513.84 |
|---|---|---|---|
| | Date(s) debt was incurred 2023<br>Last 4 digits of account number _ | Basis for the claim: Judgment<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>Perchuhy and Aaron Cummings<br>c/o Matthew A. Crist Esq<br>10432 Balls Ford Road Suite 300<br>Manassas, VA 20109 | As of the petition filing date, the claim is: Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Arbitration<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>Wei Lu<br>1247 Kuhns Rd.<br>Manassas, VA 20112 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,003.29 |
| | Date(s) debt was incurred 2020-2024<br>Last 4 digits of account number _ | Basis for the claim: Loans<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                Total of claim amounts

| Debtor | Canaan Homes LLC | Case number (if known) | 1:24-bk-10322 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + $ | 252,517.13 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | | 5c. $ | 252,517.13 |

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Canaan Homes LLC | EIN: | 35-2216200 |
| | Name | | |
| United States Bankruptcy Court | Eastern District of Virginia | Date case filed for chapter: | 7    2/22/24 |
| Case number: | 24-10322-KHK | | |

## Official Form 309C (For Corporations or Partnerships)

### Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name | Canaan Homes LLC | |
|---|---|---|
| 2. All other names used in the last 8 years | | |
| 3. Address | 12407 Kahns Road<br>Manassas, VA 20112 | |
| 4. Debtor's attorney<br>Name and address | Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182 | Contact phone 703-223-1822<br>Email: jeff@martinlawgroupva.com |
| 5. Bankruptcy trustee<br>Name and address | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037 | Contact phone 804-223-2031<br>Email:<br>goldtrustee@fiduciaryservicesgroup.com |
| 6. Bankruptcy clerk's office<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>McVCIS 24-hour case information:<br>Toll Free 1-866-222-8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703-258-1200 | For the Court:<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: February 26, 2024 |
| 7. Meeting of creditors<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | March 27, 2024 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 774 319 1984, and Passcode 7299037886, or call 1(571) 832-1846 |

For additional meeting information go to: www.justice.gov/ust/moc

For more information, see page 2 >

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    page 1

Debtor  Canaan Homes LLC                                                            Case number 24-10322-KHK

| 8. Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. Local Rule Dismissal Warning | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007-1, 1007-3, and 2003-1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004-2 and 6007-1. |
| 11. Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non-debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non-debtor's credit card. |

Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877-837-3424. Case/docket information available @ www.vaeb.uscourts.gov

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline                    page 2

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 24-10322-KHK
Canaan Homes LLC                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9                User:                                Page 1 of 2
Date Rcvd: Feb 27, 2024             Form ID: 309C                        Total Noticed: 5

The following symbols are used throughout this certificate:
Symbol    Definition
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Canaan Homes LLC, 12407 Kahns Road, Manassas, VA 20112-3243 |
| 16352085 | + Greg Eames and Dina Jerebitsky, 12348 Folkstone Dr., Herndon, VA 20171-1817 |
| 16352086 | Wei Lu, 1247 Kuhns Rd., Manassas, VA 20112 |

TOTAL: 3

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jeff@martinlawgroupva.com | Feb 28 2024 00:56:00 | Jeffery T. Martin, Jr., Martin Law Group, P.C., 8065 Leesburg Pike, Ste 750, Vienna, VA 22182 |
| tr | + EDI: FHJGOLD.COM | Feb 28 2024 05:55:00 | H. Jason Gold, H. Jason Gold, Trustee, P.O. Box 57359, Washington, DC 20037-0359 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2024 at the address(es) listed below:

Name                    Email Address
Gerard R. Vetter
                        ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold

District/off: 0422-9     User:     Page 2 of 2

Date Rcvd: Feb 27, 2024     Form ID: 309C     Total Noticed: 5

goldtrustee@fiduciaryservicesgroup.com VA19@ccfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Jeffery T. Martin, Jr.

on behalf of Debtor Canaan Homes LLC jeff@martinlawgroupva.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

TOTAL: 3